# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM GARDNER,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN BROKERS CONDUIT; FREDDIE MAC; FINANCIAL TITLE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CAL-WESTERN RECONVEYANCE CORP; and all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property,<br><br>        Defendants. | 1:12-cv-00555-AWI-DLB<br><br>ORDER VACATING HEARING DATE OF JULY 16, 2012 AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc. 4) |

Defendant Federal Home Loan Mortgage Corporation (erroneously sued as Freddie Mac) has filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).  The previously scheduled hearing date of July 16, 2012 is hereby VACATED, and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 5, 2012                                              _____
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE